An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63597

FILED

SEP 3 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a post-conviction motion for arrest of judgment based on double jeopardy. Eighth Judicial District Court, Clark County; Kathy A. Hardcastle, Judge.

Because no statute or court rule permits an appeal from an order denying a post-conviction motion for arrest of judgment, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Douglas

---

[1]We deny the request to consolidate this matter with the appeal in Docket No. 63626.

13-29143

cc: Chief Judge, Eighth Judicial District Court
Hon. Kathy A. Hardcastle, Senior Judge
Steven Samuel Braunstein
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk